# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**MAGISTRATE NO. 13-5036-REW**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**         **<u>NOTICE BY UNITED STATES OF AUSA REPLACEMENT</u>**

**JOSEPH RILEY**                                                             **DEFENDANT**

\* \* \* \* \*

The United States gives notice that the undersigned Assistant United States Attorney replaces Assistant United States Attorney Kevin C. Dickens as counsel for the United States in this case. All future pleadings and orders should be sent to the undersigned and no longer to Dicken.

                                                                         Respectfully submitted,

                                                                         KERRY B. HARVEY
                                                                         UNITED STATES ATTORNEY

                                       By:   <u>s/ Elisabeth Brown</u>
                                                           Assistant United States Attorney
                                                           260 W. Vine Street, Suite 300
                                                          Lexington, Kentucky 40507-1612
                                                          (859) 685-4815
                                                          FAX (859) 233-2747
                                                          Elisabeth.brown@usdoj.gov

CERTIFICATE OF SERVICE

On February 13, 2013, I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

s/ Elisabeth Brown  
Assistant United States Attorney